IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES SHAFFER,

    Plaintiff,

    vs.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

    Defendant.

Case No. 3:12cv185

JUDGE WALTER HERBERT RICE

---

PRELIMINARY PRETRIAL CONFERENCE/SCHEDULING CONFERENCE
ORDER OF AUGUST 21, 2012

---

This being a matter brought under the ERISA statute, the matter will be decided on the record, without the need for discovery. Should either party wish to file a motion for leave to conduct limited discovery, said motion must be filed not later than September 17, 2012.

The agreed upon administrative record will be filed, under seal, not later than the close of business on November 15, 2012.

Cross motions for judgment on the administrative record must be filed in simultaneous fashion between the hours of 12:00 p.m. and 4:00 p.m. on Monday, December 17, 2012, with simultaneous reply memoranda to be filed, between the hours of 12:00 p.m. and 4:00 p.m. on Monday, January 14, 2013.

The matter will then be taken under advisement and a decision rendered as shortly thereafter as is practicable.

September 10, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Melissa Stidham, United States Probation Officer
United States Marshals Service